UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GUILLERMINA LOPEZ,**

    **Plaintiff,**

v.                          Case No: 6:22-cv-1580-PGB-LHP

**EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,**

    **Defendant.**

## ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Initial Case Order (Doc. No.5) of September 2, 2022, directing Plaintiff to file her Certificate of Interested Persons and Corporate Disclosure Statement and Notice of Pendency of Other Actions. Accordingly, it is

**ORDERED** that the Plaintiff shall file a response to said Order **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in the dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** at Orlando, Florida, this 27th day of September, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party